PROCEEDING MEMORANDUM

**Filed On
6/14/10**

Monday                                                Anchorage, Alaska
June 14, 2010

| TIME | CASE NUMBER, NAME, and CHAPTER TYPE OF PROCEEDING and COUNSEL |
|------|----------------------------------------------------------------|
| 1:45 p.m. | Case No. A10-00308-DMD, **In re BRANT WARREN MURSCH, Debtor.** Ch 7. |
|  | **TELEPHONIC** A) Hearing on Debtor's Motion to Dismiss this Case Filed 5/3/10 [DE #11]; B) Hearing on Debtor's Amended Schedules and Statements Filed 5/26/10. Pro Se Debtor at **(907)246-4224**; Kenneth Battley, Trustee. |

**Adjourned to:**            2010 at            .m. for:

**APPEARANCES:**
**Brant Warren Mursch, pro se debtor (telephonic)**

**SWORN AND EXAMINED:**

**Time on record  1:47:51  -  Time off Record  1:52:00**

NOTES AND/OR ORDERS OF BANKRUPTCY JUDGE:

_____   **Court will prepare order**

_____   **A lodged order will be submitted by** _____

\_\_\_X\_\_   **No order will be submitted**

**Debtor's motion to dismiss is withdrawn.**

**Debtor's amended schedules and statements will be filed and the clerk will assess a fee.**

/s/ Donald MacDonald IV
BANKRUPTCY JUDGE

peggy - served 6/14/10